UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| ADRIAN  SALAS, *et al*, | § | |
| | § | |
| Plaintiffs, | § | |
| VS. | § | CIVIL ACTION NO. 2:16-CV-00029 |
| | § | |
| SUPERIOR ENERGEY SERVICES INC.; | § | |
| dba SPC RENTALS, *et al*, | § | |
| | § | |
| Defendants. | § | |

**ORDER ON MOTION FOR EXTENSION OF TIME TO FILE STATUS REPORT**

Before the court is the Parties' Joint Motion for Extension of Time to File Status Report (D.E. 28).  Having considered the foregoing, the court is of the opinion that the motion should be, and hereby is, GRANTED.  Therefore, the court ORDERS that the parties' deadline to file their status report is extended to August 9, 2017.

ORDERED this 7th day of July, 2017.

NELVA GONZALES RAMOS
UNITED STATES DISTRICT JUDGE